AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 1028(a)(4)-Use of False Identification Document

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Supervised Release: 1 year
Mandatory Special Assessment: $25
Maximum Probation : 5 years

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL -6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- DEFENDANT - U.S ---

▶ ALFONSO ESPINOSA LARA

DISTRICT COURT NUMBER

**CR11-00454**  MAG

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)

Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
}  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WADE M. RHYNE, AUSA

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Federal ☐ State
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT        Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 19, 2011 @ 9:30 am    Before Judge: Donna M. Ryu

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
SARAH K. HWANG
Law Clerk
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for United States

FILED
JUL - 6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALFONSO ESPINOSA LARA, <br><br> Defendant. | No. **CR11-00454** <br><br> VIOLATION: 18 U.S.C. § 1028(a)(4) - Use of False Identification Document (Class A Misdemeanor) |

## INFORMATION

The United States Attorney charges:

On or about September 30, 2010, in the Northern District of California, the defendant,

ALFONSO ESPINOSA LARA,

knowingly possessed identification documents other than those lawfully issued for his use, namely, two identification documents issued by Puerto Rico in the name of "L.A.C.," with the intent that such documents would be used to defraud the United States,

///

///

INFORMATION
CR

1  in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

2

3  DATED: July 5, 2011

4                                              MELINDA HAAG
                                               United States Attorney
5

6                                              _____
                                               MAUREEN BESSETTE
7                                              Assistant United States Attorney
                                               Chief, Oakland Branch
8

9  (Approved as to form: _____)
                          WADE M. RHYNE
10                        Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION
CR